# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ADAPTIVE MOBILITY SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO 1:18-cv-02657-ELR |
| AMS VANS, LLC; BEYOND MOBILITY, INC.; VANTAGE MOBILITY INTERNATIONAL, LLC; NAUTIC PARTNERS, LLC; KIP CRUM, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## PLAINTIFF ADAPTIVE MOBILITY SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Adaptive Mobility Systems, Inc. ("Adaptive"), by and through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Plaintiff Adaptive certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that own 10% or more of the stock of a party:

Plaintiff: Adaptive Mobility Systems, Inc. is a stand-alone Georgia corporation, and no organization or public corporation owns 10% or more of its stock.

Defendant: AMS Vans, LLC. Plaintiff is informed and believes this Defendant is a Delaware limited liability company. Ownership of this organization is unknown to Plaintiff, but on information and belief, Plaintiff believes this Defendant is a wholly-owned subsidiary of Defendant Nautic Partners, LLC.

Defendant: Beyond Mobility, Inc. (formerly known as AMS Vans, Inc.). Plaintiff is informed and believes this Defendant is a Georgia corporation. Ownership of this organization is unknown to Plaintiff, but on information and belief, Plaintiff believes this Defendant is a wholly-owned subsidiary of Defendant Vantage Mobility International, LLC.

Defendant: Vantage Mobility International, LLC. Plaintiff is informed and believes this Defendant is an Arizona limited liability company. Ownership of this organization is unknown to Plaintiff, but on information and belief, Plaintiff believes this Defendant is a wholly-owned subsidiary of Defendant Nautic Partners, LLC.

Defendant: Nautic Partners, LLC. Plaintiff is informed and believes this Defendant is a Delaware limited liability company. Ownership of this organization is unknown to Plaintiff.

Defendant: Kip Crum. Plaintiff is informed and believes this Defendant is an individual citizen of the State of Georgia.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff Adaptive Mobility Systems, Inc.:

>Jeffrey C. Morgan
>Georgia Bar No. 522667
>BARNES & THORNBURG LLP
>Prominence in Buckhead
>3475 Piedmont Road, N.E., Suite 1700
>Atlanta, Georgia 30305
>Telephone: (404) 264-4015
>Facsimile: (404) 264-4033
>jeff.morgan@btlaw.com

For Defendants AMS Vans, LLC; Vantage Mobility International, LLC; and Nautic Partners, LLC:

>H. Straat Tenney
>LOCKE LORD, LLP
>Brookfield Place
>200 Vesey Street, 20th Floor
>New York, New York 10281
>Telephone: (212) 912-2915
>Facsimile: (888) 325-9217
>straat.tenney@lockelord.com

For Defendants Beyond Mobility, Inc. and Kip Crum:

>Unknown.

Respectfully submitted this 6th day of June, 2018.

>BARNES & THORNBURG LLP
>
>*/s/Jeffrey C. Morgan*_____
>Jeffrey C. Morgan
>Georgia Bar No. 522667
>Prominence in Buckhead
>3475 Piedmont Rd., NE, Suite 1700
>Atlanta, Georgia 30305
>Tel. (404) 264-4015
>Fax. (404) 264-4033
>jeff.morgan@btlaw.com
>
>Attorneys for Plaintiff Adaptive Mobility Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2018, I served a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement upon attorneys for Defendants AMS Vans, LLC; Vantage Mobility International, LLC; and Nautic Partners, LLC via email and U.S. Mail, with proper postage applied, addressed as follows:

>H. Straat Tenney
>Locke Lord, LLP
>Brookfield Place
>200 Vesey Street, 20th Floor
>New York, New York 10281
>Telephone: (212) 912-2915
>Facsimile: (888) 325-9217
>straat.tenney@lockelord.com

>*/s/Jeffrey C. Morgan*
>Jeffrey C. Morgan