# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADAPTIVE MOBILITY SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMS VANS, LLC; BEYOND ) <br> MOBILITY, INC.; VANTAGE ) <br> MOBILITY INTERNATIONAL, LLC; ) <br> NAUTIC PARTNERS, LLC; ) <br> KIP CRUM, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:18-cv-02657-ELR |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Adaptive Mobility Systems, Inc. ("Plaintiff" or "Adaptive") hereby dismisses this action against each of Defendants AMS Vans, LLC ("AMS Vans"), Beyond Mobility, Inc. ("Beyond Mobility"), Vantage Mobility International, LLC ("Vantage"), Nautic Partners, LLC ("Nautic"), and Kip Crum ("Crum") (collectively, "Defendants"), in its entirety and with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted this 27th day of August, 2018.

                      BARNES & THORNBURG LLP

                      */s/ Jeffrey C. Morgan*
                      Jeffrey C. Morgan
                      Georgia Bar No. 522667
                      Prominence in Buckhead
                      3475 Piedmont Rd., NE, Suite 1700
                      Atlanta, Georgia 30305
                      Tel. (404) 264-4015
                      Fax. (404) 264-4033
                      jeff.morgan@btlaw.com

                      Attorneys for Adaptive Mobility
                      Systems, Inc.